JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:  (415) 348-6000
Facsimile:  (415) 348-6001
Email:       jkirsch@gibsonrobb.com

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORIENT OVERSEAS CONTAINER LINE LIMITED, a foreign corporation; OOCL (USA) INC., a corporation; and DOES ONE through TEN,<br><br>Defendants. | Case No. 2:25-cv-07132<br><br>**COMPLAINT FOR NON-DELIVERY OF CARGO**<br><br>**($53,440)** |

Plaintiff's complaint follows:

1.     Plaintiff LIBERTY MUTUAL INSURANCE COMPANY ("LIBERTY"), is now, and at all times material was, a corporation, duly organized and existing by virtue of law, and Plaintiff LIBERTY was the insurer of the hereinafter described cargo.

/ / /

/ / /

/ / /

2.Plaintiff is informed and believes, and on the basis of that information and belief alleges that, ORIENT OVERSEAS CONTAINER LINE LIMITED, a foreign corporation; and OOCL (USA) INC., a corporation; and DOES ONE through TEN, (hereafter "Defendants"), are now and at all times herein material were engaged in business as common carriers for hire within the United States and within this judicial district. Specifically, Defendants have an office in California located at 111 West Ocean Blvd, Suite 1700, Long Beach, CA 90802.

3.The true names of defendants sued herein as DOES ONE through TEN, each of whom is responsible for the events and matters herein referred to, and each of whom caused or contributed to the damage herein complained of, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend its complaint to show the true names of said defendants when the same have been ascertained.

4.Plaintiff's complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701 Note, and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more fully appears herein. Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333. Venue is proper under 28 U.S.C. § 1391(b).

5.This is a cause of action for damage to ocean cargo, and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, as hereinafter more fully appears.

6.Plaintiff is informed and believes, and on the basis of such information and belief alleges that, on or about July 19, 2024, at Yantian, Shenzen, China, Defendants, and each of them, received a shipment of Curling Irons for carriage under bills of lading numbers OOLU2036772660, and others, issued by and/or on behalf of said defendants. Defendants, and each of them, agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from

1  Yantian, via the Port of Long Beach, California, to Columbus, Ohio, and there
2  deliver said cargo to the lawful holder of the aforementioned bills of lading, and
3  others, in the same good order, condition, and quantity as when received.

4        7.    Thereafter, in breach of and in violation of said agreements,
5  Defendants, and each of them, did not deliver said cargo in the same good order,
6  condition, and quantity as when received at Yantian. To the contrary, Defendants
7  failed to deliver a substantial portion of the cargo, causing a loss in the amount of
8  $53,440, or another amount to be proven at trial.

9        8.    Prior to the shipment of the herein described cargo and prior to any loss
10 thereto, Plaintiff LIBERTY issued its policy of insurance whereby Plaintiff
11 LIBERTY agreed to indemnify the owner of the cargo and its assigns, against loss
12 of or damage to said cargo while in transit, including mitigation expenses, and
13 Plaintiff LIBERTY has therefore become obligated to pay, and has paid to the
14 person entitled to payment under said policy the sum of $52,440, on account of the
15 herein described loss, after application of the $1,000 policy deductible.  All rights
16 and interest in the cargo, including the deductible interest, have been assigned to
17 LIBERTY.

18       9.    Plaintiff has therefore been damaged in the sum of $53,440, or another
19 amount according to proof at trial, no part of which has been paid, despite demand
20 therefor.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

COMPLAINT FOR NON-DELIVERY OF CARGO
Case No. 2:25-cv-07132; Our File No. 5481.12

3

1       WHEREFORE, Plaintiff prays that this Court enter judgment in its favor and against Defendants, and each of them; that this Court decree payment by Defendants, and each of them, to Plaintiff in the sum of $53,440, together with prejudgment interest thereon and costs of suit herein; and that Plaintiff have such other and further relief as in law and justice it may be entitled to receive.

                                              Respectfully submitted,

Dated: August 1, 2025         GIBSON ROBB & LINDH LLP

                                              /s/ JOSHUA E. KIRSCH
                                              Joshua E. Kirsch
                                              jkirsch@gibsonrobb.com
                                              Attorneys for Plaintiff
                                              LIBERTY MUTUAL INSURANCE COMPANY